FILED

07/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0108

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Case No. DA-23-0108

IN RE THE PARENTING OF L.R.,

ANTHONY REED,

     Petitioner and Appellant,

and

CATHERINE MARTIN,

     Respondent and Appellee.

## ORDER

UPON MOTION of the Appellant, with no objection from the Appellee, and with good cause appearing;

IT IS HEREBY ORDERED that the deadline for the filing of Appellant's Reply Brief is extended, with the new deadline for filing being September 3, 2023.

No further extensions will be granted.

*Order for Extension of Time - page 1 of 1*

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 28 2023